AO 442

11883849

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA
### SEALED

FILED
NOV 10 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Jose Antonio Reyes, Jr.

WARRANT FOR ARREST

33349-506

Case Number: 25-cr-4147-JES

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jose Antonio Reyes, Jr.
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
                                                                                     ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:554(a) - Smuggling Goods from the United States
18:924(d), 19:1595a, 28:2461(c) - Criminal Forfeiture

E: 11/5/2025
ESTED BY: ATF

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

RECEIVED U.S. MARSHALS-S/CA
2025 OCT 28 PM 4:13

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                                    Clerk of the Court
Name of Issuing Officer                         Title of Issuing Officer

s/ A. Cortez [signature]                        10/28/2025, San Diego, CA
Signature of Deputy                             Date and Location

Bail fixed at $ _____    by    The Honorable Karen S. Crawford
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

anh