# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **3:25-cr-4147-JES-1** |
| Plaintiff, | <u>ORDER</u> |
| V. | |
| JOSE ANTONIO REYES, JR., | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count One of the Superseding Information.

Dated:  Dec. 30, 2025

_____
Hon. James E. Simmons, Jr.
United States District Judge