**JORDAN B. SCHAER**
California State Bar No. 354489
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jordan_Schaer@fd.org

Attorneys for Mr. Reyes, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   25-CR-4147-JES |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| JOSE ANTONIO REYES, JR., | |
| Defendant. | |

Jose Reyes, Jr., by and through above-captioned counsel, respectfully moves to modify his conditions of release to allow him to travel to Tijuana, Mexico, on March 20 to 23, 2026.  **Assistant U.S. Attorney Bianca Calderon-Penaloza and U.S. Pretrial Services Officer Thalia Duarte do not oppose this motion.**  This motion is to allow Mr. Reyes to celebrate his birthday with his wife and child, who reside in Tijuana.  Mr. Reyes requests the Court authorize Pretrial Services to remove the location monitoring equipment immediately before his travel to Mexico and reinstall said equipment immediately upon his return to the United States. Mr. Reyes will report to Pretrial Services before departing and upon his return to have the location monitoring equipment removed and reinstalled.  Mr. Reyes will provide his travel plans to Pretrial Services, including where he will stay and how to contact him while he is in Mexico.

/ / /

Respectfully submitted,

Dated:  March 18, 2026          *s/ Jordan B. Schaer*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Reyes, Jr.
                               Email:  Jordan_Schaer@fd.org

UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE