**JORDAN B. SCHAER**
California State Bar No. 354489
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jordan_Schaer@fd.org

Attorneys for Mr. Reyes, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  25-CR-4147-JES |
| Plaintiff, | |
| v. | **SURETY ACKNOWLEDGMENT** |
| JOSE ANTONIO REYES, JR., | |
| Defendant. | |

We are the sureties in this matter.  We consent to the modification of bond conditions to permit Mr. Reyes to travel to Mexico on March 20, 2026 to March 23, 2026.  We understand that, as sureties, we have the right to object to any modification of the conditions of release.  Having been advised of this right, we consent to the new condition of release.

DATED: 03/19/2026          By: _____
                                Maria de la Lourdes Gandarilla Ortega

DATED: 03/19/2026          By: _____
                                Rosa Reyes