**JORDAN B. SCHAER**
California State Bar No. 354489
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jordan_Schaer@fd.org

Attorneys for Defendant
JOSE ANTONIO REYES, JR.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 25-CR-4147-JES |
| Plaintiff, | Hon. James E. Simmons, Jr. |
| v. | **MOTION FOR ORDER SHORTENING TIME** |
| JOSE ANTONIO REYES, JR, | |
| Defendant. | |

The above-named defendant, Jose Antonio Reyes, Jr., by and through counsel, moves this Court for an order shortening time to file his Objections to the Presentence Report by three days.  Accordingly, counsel hereby requests that these motions be filed nunc pro tunc.

Respectfully submitted,

Dated:  August 10, 2026          *s/ Jordan B. Schaer*
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Defendant
                          JOSE ANTONIO REYES, JR.
                          Email:  Jordan_Schaer@fd.org