UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  25-CR-4147-JES |
| Plaintiff, | |
| v. | **ORDER TO SHORTEN TIME** |
| JOSE ANTONIO REYES, JR., | |
| Defendant. | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Mr. Reyes's Objections to the Presentence Report be filed three days late.

**IT SO ORDERED.**

DATED: Aug. 10, 2026

**Honorable James E. Simmons, Jr.**
United States District Judge