UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ANTONIO REYES, JR.,

Defendant.

Case No.  25-CR-4147-JES

PRELIMINARY ORDER OF CRIMINAL FORFEITURE

WHEREAS, in the Superseding Information the United States sought forfeiture of all right, title, and interest in specific properties of Defendant, JOSE ANTONIO REYES, JR., ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), Title 19, United States Code, Section 1595a, and Title 28, United States Code, Section 2461(c), as property used in and to facilitate the offense, all merchandise introduced and attempted to be introduced contrary to law, and all firearms and ammunition involved in the violations of Title 18, United States Code, Section 554(a) as set forth in Count 1 of the Superseding  Information and Title 18, United States Code, Section 924(h) as set forth in Count 2 of the Superseding Information; and

WHEREAS, on or about December 04, 2025, Defendant pled guilty before Magistrate Judge Barbara Lynn Major to Count 1 of the Superseding Information, charging the defendant with Smuggling Goods from the United States in violation of Title 18, United States Code, Sections 554(a), consented to the forfeiture allegations

of the Superseding Information, and agreed pursuant to Title 18, United States Code, Section 924(d), Title 19, United States Code, Section 1595a, and Title 28, United States Code, Section 2461(c) to forfeit all firearms and ammunition seized in connection with this case, including but not limited to approximately 120 rounds of .223 caliber Remington ammunition; and

WHEREAS, on December 30, 2025, this Court accepted Defendant's guilty plea; and

WHEREAS, by virtue of the facts set forth in the plea agreement and the forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited ammunition and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced ammunition, pursuant to Title 18, United States Code, Section 924(d), Title 19, United States Code, Section 1595a, Title 28, United States Code, Section 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced ammunition which is hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   Based upon the guilty plea of the Defendant to Count 1 of the Superseding Information, the United States is hereby authorized to take custody and control of the following ammunition, and all right, title and interest of Defendant JOSE ANTONIO REYES, JR. in approximately 120 rounds of .223 caliber Remington ammunition is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 19, United States Code, Section 1595a, and Title 28, United States Code,

Section 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2.	The aforementioned forfeited ammunition is to be held by United States Customs and Border Protection in its secure custody and control.

3.	Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.  The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States.  The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition.  The Court may enter an amended order without further notice to the parties.

4.	Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the ammunition in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited ammunition must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.	This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the ammunition, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited  ammunition and any additional facts supporting the petitioner's claim and the relief sought.

25CR4147

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the ammunition that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned ammunition, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: Aug. 14, 2026

Honorable James E. Simmons, Jr
United States District Judge

- 4 -                                              25CR4147