ADAM GORDON
United States Attorney
BIANCA CALDERON-PEÑALOZA
Assistant United States Attorney
California Bar No. 324498
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8573
Email: bianca.calderon-penaloza@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSE ANTONIO REYES, JR.,<br><br>Defendant. | Case No. 25-CR-4147-JES<br><br>**UNITED STATES' SENTENCING SUMMARY CHART**<br><br>Date: August 21, 2026<br>Time: 9:00 AM<br><br>The Hon. James E. Simmons, Jr. |

The UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Bianca Calderon-Peñaloza, Assistant United States Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: August 14, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*/s/ Bianca Calderon-Peñaloza*
BIANCA CALDERON-PEÑALOZA
Assistant U.S. Attorney

**SENTENCING SUMMARY CHART**
[ ☐ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b) ]
Sentencing Date: August 21, 2026

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: JOSE ANTONIO REYES, JR. Docket No.:25-CR-4147-JES
Guideline Manual Used: November 1, 2025 Agree with USPO Calc.: ☒

Base Offense Level: USSG § 2M5.2 – Smuggling Goods from the United States 14
Specific Offense Characteristics:

Adjusted Offense Level: 14

Adjustment for Acceptance of Responsibility: [☐ Government Motion – USSG §3E1.1(b)] -2

Adjustment for Zero-Point Offender: -2

Total Offense Level: 10
Supervised Release Range (18 U.S.C. § 3583(b)) Not more than 3 years
Fine Range (based on Total Offense Level): $4,000 to $40,000

Criminal History Score: 0
Criminal History Category: I

Guideline Range: from 6 mos to 12 mos

Departures: None.

Guideline Range: from 6 mos
(Range limited by: minimum mandatory stat maximum) to 12 mos

**Joint Recommendation: One Year Probation, Impose $100 Special Assessment.**
Pursuant to the Plea Agreement, the United States incorporates a one-level variance under 18 U.S.C. § 3553(a) in consideration of Defendant's full appellate waiver. Dkt. No. 33 at 10. The United States has considered the factors under 18 U.S.C. § 3553(a) and recommends a two-level variance.

The proposed sentence reflects the seriousness of the offense, promotes respect for the law, provides specific and general deterrence, and avoids unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct.